Suzan Yee, Esq. 88418
685 Market Street, Suite 460
San Francisco, CA 94105
415-777-1688
415-777-2298

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
**Chester Ng**
**Cheesuen Yee**

Chapter **13**
Case No: **14-31046**

DECLARATION OF RENTAL INCOME

Debtor(s)

I, __**Chester Ng**__ hereby declare the following:

My rental income and rental expenses for the six months prior to the month of the filing of this case are as follows:

| | | | |
|---|---|---|---|
| Total Rental Income for | **January 2014** | was: | $ 0 |
| Total Rental Expenses for | | were: | $ |
| Total Rental Income for | **February 2014** | was: | $ 1,500.00 |
| Total Rental Expenses for | | were | $ |
| Total Rental Income for | **March 2014** | was: | $ 1,500.00 |
| Total Rental Expenses for | | were | $ |
| Total Rental Income for | **April 2014** | was: | $ 1,500.00 |
| Total Rental Expenses for | | were | $ |
| Total Rental Income for | **May 2014** | was: | $ 1,500.00 |
| Total Rental Expenses for | | were | $ |
| Total Rental Income for | **June 2014** | was: | $ 1,500.00 |
| Total Rental Expenses for | | were | $ |

I declare this statement is true and correct under penalty of perjury. Executed this __**First**__ day of __**August**__, 2014___, in __**San Francisco**__, California.

/s/ Chester Ng
Debtor