Suzan Yee, Esq. 88418
685 Market Street, Suite 460
San Francisco, CA 94105
415-777-1688
415-777-2298

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
**Chester Ng**
**Cheesuen Yee**

Chapter **13**
Case No: **14-31046**

DECLARATION OF EMPLOYMENT INCOME

Debtor(s)

I, __**Cheesuen Yee**__ hereby declare the following:

My total monthly employment income for each of the six months prior to the month of the filing of this case was as follows:

| | | | |
|---|---|---|---|
| Total Employment Income for | **January 2014** | was: | $ **3,503.00** |
| Total Employment Income for | **February 2014** | was:: | $ **3,396.00** |
| Total Employment Income for | **March 2014** | was: | $ **3,370.00** |
| Total Employment Income for | **April 2014** | was: | $ **3,323.00** |
| Total Employment Income for | **May 2014** | was: | $ **3,344.00** |
| Total Employment Income for | **June 2014** | was: | $ **3,652.48** |

Attached are copies of my payment advices from the 60 day period prior to my bankruptcy filing.

I declare this statement is true and correct under penalty of perjury. Executed this __**First**__ day of __**August**__, 20 **14**, in **San Francisco**, California.

/s/ Cheesuen Yee
Debtor

8/1/13

Case: 14-31046    Doc# 14    Filed: 08/01/14    Entered: 08/01/14 16:48:07    Page 1 of 5

*(Page rotated 90°; pay stub)*

**EE NO.** 20000255  
**SHIFT** REG  
**CHECK SORT**  
**PAY PERIOD** 06/09/2014 – 06/23/2014  
**CHECK DATE** 06/26/2014  
**CHECK NO.** 356090

### EARNINGS

| Rate | Hr/Unt | Earnings | YTD | | Rate | Hr/Unt | Earnings | YTD |
|---|---|---|---|---|---|---|---|---|
| $8.0000 | 84.00 | $672.00 | $8,688.00 | Sick | | | $0.00 | $162.00 |
| $9.0600 | 12.00 | $48.00 | $376.00 | Reported Tips | | | $1,008.00 | $13,008.00 |
| | 8.00 | $72.48 | $72.48 | | | | | |

### TAXES

| F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD | | F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | $1,782.02 | | $110.48 | $1,368.69 | CA SDI | 0 | | | $1,782.02 | | $17.82 | $220.80 |
| | | | $1,782.02 | | $25.84 | $320.10 | CA SIT | M | 2 | | $1,782.02 | | $19.38 | $197.82 |
| | | | $1,782.02 | | $138.07 | $1,518.25 | | | | | | | | |

### BENEFITS

| | Current | YTD |
|---|---|---|
| Employer Portion | $232.31 | $3,009.31 |

### BANK ACCOUNT

Deposit Amount

| (Hrs) | Current | Arrears Bal. | YTD |
|---|---|---|---|
| Carry Ovr. | $18.46 | $0.00 | $230.76 |
| Earned | Taken | Available | |

| T Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|
| $1,800.48 | $311.59 | $18.46 | $462.43 |

**YTD** YTD Earnings $22,306.48 | YTD Taxes $3,625.66 | YTD Deductions $230.76 | YTD Net Pay $5,442.06

Case: 14-31046   Doc# 14   Filed: 08/01/14   Entered: 08/01/14 16:48:07   Page 2 of 5

| EMPLOYEE NO. | 200000255 | | | | | SHIFT | CHECK SORT | | PAY PERIOD | | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yee, Cheesuen | | | | | | REG | | | 05/26/2014 - 06/09/2014 | | 06/12/2014 | 355719 |
| Dealer | | | | | | | | | | | | |

| EARNINGS | Rate | Hr/Unit | Earnings | YTD | | EARNINGS | | | Rate | Hr/Unit | Earnings | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg Hrs | $8.0000 | 90.50 | $724.00 | $8,016.00 | | Sick | | | | | $0.00 | $162.00 |
| OT FLSA | | 10.50 | $42.00 | $328.00 | | Reported Tips | | | | | $1,086.00 | $12,000.00 |

| TAXES | F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD | | TAXES | F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA OASDI | 0 | | | $1,833.54 | | $113.68 | $1,258.21 | | CA SDI | 0 | | | $1,833.54 | | $18.34 | $202.98 |
| Medicare HI | 0 | | | $1,833.54 | | $26.59 | $294.26 | | CA SIT | M | 2 | | $1,833.54 | | $21.65 | $178.44 |
| Federal Income T | M | 2 | | $1,833.54 | | $145.80 | $1,380.18 | | | | | | | | | |

| DEDUCTIONS | | Current | Arrears Bal. | YTD | | BENEFITS | | | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 CCHP | | $18.46 | $0.00 | $212.30 | | Employer Portion | | | | $232.31 | $2,777.00 |

| P.T.O. | (Hrs) | Carry Ovr. | Earned | Taken | Available | | BANK ACCOUNT | | | | Deposit Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|

| CURRENT | Earnings | Taxes | Deductions | Net Pay | | YTD | YTD Earnings | YTD Taxes | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| | $1,852.00 | $326.06 | $18.46 | $421.48 | | | $20,506.00 | $3,314.07 | $212.30 | $4,979.63 |

355719

id334996-13    MISSION PEAK BUSINESS PRODUCTS, INC. (510) 475-9743

Case: 14-31046   Doc# 14   Filed: 08/01/14   Entered: 08/01/14 16:48:07   Page 3 of 5

354853

| EMPLOYEE NO. | | | SHIFT | CHECK SORT | | | | PAY PERIOD | | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200000255 | | | REG | | | | | 04/28/2014 - 05/12/2014 | | 05/15/2014 | 354853 |

Dealer

| EARNINGS | Rate | Hr/Unit | Earnings | YTD | | EARNINGS | | Rate | Hr/Unit | Earnings | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg Hrs | $8.0000 | 79.25 | $634.00 | $6,618.00 | | Sick | | $8.0000 | 4.25 | $34.00 | $162.00 |
| OT FLSA | | 5.75 | $23.00 | $253.00 | | Reported Tips | | | | $951.00 | $9,903.00 |

| TAXES | F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD | | TAXES | F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA OASDI | 0 | | | $1,623.54 | | $100.66 | $1,039.16 | | CA SDI | 0 | | | $1,623.54 | | $16.24 | $167.64 |
| Medicare HI | 0 | | | $1,623.54 | | $23.54 | $243.03 | | CA SIT | M | 2 | | $1,623.54 | | $13.72 | $141.04 |
| Federal Income T. | M | 2 | | $1,623.54 | | $114.30 | $1,108.68 | | | | | | | | | |

| DEDUCTIONS | Current | Arrears Bal. | YTD | | BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|
| 125 CCHP | $18.46 | $0.00 | $175.38 | | Employer Portion | $232.31 | $2,312.38 |

| P.T.O. | (Hrs) | Carry Ovr. | Earned | Taken | Available | | BANK ACCOUNT | | Deposit Amount |
|---|---|---|---|---|---|---|---|---|---|

| CURRENT | Earnings | Taxes | Deductions | Net Pay | | YTD | YTD Earnings | YTD Taxes | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| | $1,642.00 | $268.46 | $18.46 | $404.08 | | | $16,936.00 | $2,699.55 | $175.38 | $4,158.07 |

id334996-13

MISSION PEAK BUSINESS PRODUCTS, INC. (510) 475-9743

Case: 14-31046    Doc# 14    Filed: 08/01/14    Entered: 08/01/14 16:48:07    Page 4 of 5

**EMPLOYEE NO.** 200000255  
Yee, Cheesuen  
Dealer

**SHIFT** REG  
**CHECK SORT**  
**PAY PERIOD** 04/14/2014 - 04/28/2014  
**CHECK DATE** 05/01/2014  
**CHECK NO.** 354259

| EARNINGS | Rate | Hr/Unit | Earnings | YTD |
|---|---|---|---|---|
| Regular Hours | $8.0000 | 85.00 | $680.00 | $5,984.00 |
| Overtime | | 6.50 | $26.00 | $230.00 |

| TAXES | F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD |
|---|---|---|---|---|---|---|---|
| FICA OASDI | 0 | | | $1,683.54 | | $104.38 | $938.50 |
| Medicare HI | 0 | | | $1,683.54 | | $24.41 | $219.49 |
| Federal Income T | M | 2 | | $1,683.54 | | $123.30 | $994.38 |

| DEDUCTIONS | Current | Arrears Bal. | YTD |
|---|---|---|---|
| I25 CCHP | $18.46 | $0.00 | $156.92 |

| P.T.O. | (Hrs) | Carry Ovr. | Earned | Taken | Available |
|---|---|---|---|---|---|
| | | | | | $403.56 |

| CURRENT | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| | $1,702.00 | $283.98 | $18.46 | |

| EARNINGS | Rate | Hr/Unit | Earnings | YTD |
|---|---|---|---|---|
| Sick | | | $0.00 | $128.00 |
| Reported Tips | | | $996.00 | $8,952.00 |

| TAXES | F/S | Ex | D | Taxable Earnings | Additional | Tax Amount | YTD |
|---|---|---|---|---|---|---|---|
| CA SDI | 0 | | | $1,683.54 | | $16.84 | $151.40 |
| CA SIT | M | 2 | | $1,683.54 | | $15.05 | $127.32 |

| BENEFITS | Current | YTD |
|---|---|---|
| Employer Portion | $232.31 | $2,080.07 |

**BANK ACCOUNT** Deposit Amount

| YTD | YTD Earnings | YTD Taxes | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|
| | $15,294.00 | $2,431.09 | $156.92 | $3,753.99 |

354259

id334996-13  
MISSION PEAK BUSINESS PRODUCTS, INC. (510) 475-9743

Case: 14-31046    Doc# 14    Filed: 08/01/14    Entered: 08/01/14 16:48:07    Page 5 of 5